**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and ) <br> DUNKIN' DONUTS USA, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 4 DONUTS, INC., ) <br> GRANDO, INC., ) <br> GLENN STETZER, ) <br> KATHLEEN STETZER, ) <br> GEORGE GERMANO, and ) <br> JAMES MCMANAMA, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:02 CV 1920 (MRK) <br><br><br><br><br><br><br><br><br><br><br><br> OCTOBER 23, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants James McManama and George Germano (collectively, "defendants") respectfully move for an extension of time until October 31, 2003 to file a response to Plaintiffs' Motion for Leave to File Their First Amended Complaint dated October 3, 2003. This is defendants first Motion for Extension of Time with respect to this deadline. Counsel for plaintiffs has consented to this request. An extension of

341802

time is required to respond to the issues raised in plaintiffs' motion and memorandum in support thereof.

                      DEFENDANTS,
                      JAMES MCMANAMA AND GEORGE GERMANO


By:_____
    Paul N. Gilmore, Esq.
    Federal Bar Number CT03347
    Brad N. Mondschein, Esq.
    Federal Bar Number CT13800
    Amy Leete Van Dyke, Esq.
    Federal Bar Number CT23181
    Updike, Kelly & Spellacy, P.C.
    One State Street
    Hartford, CT  06123-1277
    Tel. (860) 548-2600

# CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been sent U.S. mail, postage prepaid, this

23rd day of October 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922
(via facsimile)

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

Richard S. Order, Esq.
Eric Palmquist, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

By:_____
    Amy Leete Van Dyke, Esq.
    Updike, Kelly & Spellacy, P.C.

Case 3:02-cv-01920-MRK    Document 109    Filed 10/23/2003    Page 4 of 4

341802