UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> 4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, <br><br> Defendants. | CIVIL ACTION NO. 3:02 CV 1920 (MRK) <br><br><br><br><br><br><br><br><br><br> OCTOBER 23, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendants James McManama and George Germano (collectively, "defendants") respectfully move for an extension of time until October 31, 2003 to file a response to Plaintiffs' Motion for Leave to File Their First Amended Complaint dated October 3, 2003. This is defendants first Motion for Extension of Time with respect to this deadline. Counsel for plaintiffs has consented to this request. An extension of

MOTION GRANTED
SO ORDERED
FILED Oct 27  4 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.
MARK R. KRAVITZ U.S.D.J.

341802