# EXHIBIT C

Allied Domecq Quick Service Restaurants   ALLIED DOMECQ QSR

TO: All Dunkin' Donuts Franchisees
DATE: February 4, 2002
RE: Approval and Reporting of Wholesale Accounts

***THIS DOCUMENT MUST BE READ BY THE FRANCHISEE ON RECORD. IF YOU ARE NOT THE FRANCHISEE AS FOUND ON THE FRANCHISE OFFERING, PLEASE IMMEDIATELY FORWARD TO THAT PERSON.***

As you know, your Franchise Agreement requires approval by Allied Domecq QSR of all Wholesale accounts. We ask that you report on an annual basis the status of any wholesale accounts that you maintain.

The purpose of this memorandum is to remind you of this policy. The policy states that you must notify your Business Consultant, in writing, as soon as you acquire a new Wholesale account. Attached you will find Allied Domecq's prescribed form for your use. If you should somehow lose the form, or forget the format, you should send a letter containing the account's name and address anyway. Regardless of the form of the notice you provide, you should keep a copy of what you send to the Business Consultant for your records, as such documents may be reviewed during a shop visit.

*THE WHOLESALE ACCOUNT SHALL BE DEEMED APPROVED BY ALLIED DOMECQ QSR UNLESS YOU ARE NOTIFIED BY CERTIFIED MAIL THAT THE ACCOUNT IS NOT APPROVED.*

There is no change in the requirement that you must report all Wholesale sales to Allied separately, naming each account and designating each as "Wholesale" on the Weekly Sales Reporting Form, whether or not you have notified Allied of the account. Use an attachment if there is insufficient space on the Weekly Sales Reporting Form to list all of these accounts. There remains no justification for not reporting a wholesale sale to the Company on your Weekly Sales Reporting Form.

## WHOLESALE ACCOUNTS:

- Any product sold in non-branded form is considered a Wholesale account regardless of whether product is delivered to the customer or picked up at the store. No brand markings are to be found at this location (straws, napkins, boxes, etc.).
- Sales must be rung into the register when the product leaves the store regardless of the form of payment. In the case of charge accounts or accounts on credit, you must ring the sale into the register on the day of the delivery, and then list these on your DCR in the appropriate location. It is not appropriate to wait until you receive payment to record the sale on the register.
- Each account must be listed by name and dollar amount on the weekly sales reporting form.
- If you have no wholesale accounts, you must list the word "NONE" on the Wholesale reporting space on the Sales Reporting Form.
- You must complete the Wholesale Accounting form for each Wholesale customer change, and forward to your Business Consultant.

ALLIED DOMECQ QSR
14 PACELLA PARK DRIVE
RANDOLPH MA 02368 USA
TELEPHONE (781) 961-4000  FACSIMILE (781) 963-2913

