# EXHIBIT D

```
 1             IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF CONNECTICUT
 2

 3

                         No. 3:02CV1920
 4

 5

 6   DUNKIN' DONUTS INCORPORATED AND

     DUNKIN' DONUTS USA, INC.
 7

     VS
 8

     4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN
 9   STETZER, GEORGE GERMANO AND JAMES MCMANAMA

10

11

12

13

14        Deposition of:  GLENN STETZER, taken before

15   Barbara L. Murphy, Licensed Shorthand Reporter,

16   License No. 305 and Notary Public within and for the

17   State of Connecticut, held at the offices of Shipman

18   and Goodwin, One American Row, Hartford, Connecticut

19   on October 13, 2003 commencing at 9:05 a.m.

20

21

22

23

24

25
```

```
1       A.      I do not.
2       Q.      Other than Aroma's Coffee -- let me make
3  sure I understand this.
4               Aroma's Coffee is located in the Citgo
5  gas station; is that correct?
6               MR. GILMORE:  Objection as to form.
7               THE WITNESS:  I'm not sure but I think
8  so.
9       Q.      (By Mr. Karlin)  Did you have any reason to
10 believe that the doughnuts were staying at the Citgo
11 gas station rather than being delivered to Aroma's?
12              MR. ORDER:  Objection to form.
13              THE WITNESS:  I thought it was a Citgo
14 gas station until recently.
15      Q.      (By Mr. Karlin)  Now do you have a different
16 understanding?
17      A.      It looked like it was Aroma's, yeah.
18      Q.      When you say it looked like Aroma's --
19      A.      It looked like a bakery sign on the outside
20 of the building.
21      Q.      And are you -- is your doughnut business
22 currently supplying the Citgo gas station?
23      A.      No.
24      Q.      Why is that?
25      A.      When I found out about it, I stopped it.
```