# EXHIBIT F

**Cure Period**

9. B. Except as otherwise provided in Paragraph 9 of this Agreement, FRANCHISEE shall have the right to cure FRANCHISEE's default under this Agreement within the applicable period set forth below, following written notice of default from DUNKIN' DONUTS. In the event that a statute in the state wherein the DUNKIN' DONUTS SHOP is located requires a cure period for the applicable default which is longer than the cure period specified below, the statutory cure period shall apply.

9. B.1. A twenty four (24) hour cure period shall apply to the violation of any law, regulation, order or DUNKIN' DONUTS standard relating to health, sanitation or safety; or if the FRANCHISEE ceases to operate, but does not abandon, the DUNKIN' DONUTS SHOP for a period of forty eight (48) hours without the prior written consent of DUNKIN' DONUTS.

9. B.2. A seven (7) day cure period shall apply if FRANCHISEE fails, refuses, or neglects to pay when due to DUNKIN' DONUTS any monies owing to DUNKIN' DONUTS or to the Fund, or if FRANCHISEE fails to maintain the insurance coverage set forth in Paragraph 5.J. of this Agreement.

9. B.3. A thirty (30) day cure period shall apply if FRANCHISEE fails to comply with any of FRANCHISEE's obligations under this Agreement, unless otherwise specified in Paragraph 9 of this Agreement, or if FRANCHISEE fails to carry out in all respects its obligations under any lease for the DUNKIN' DONUTS SHOP, or under any mortgage, equipment agreement, promissory note, conditional sales contract or other contract materially affecting the DUNKIN' DONUTS SHOP to which FRANCHISEE is a party or by which the FRANCHISEE is bound, whether or not DUNKIN' DONUTS is a party thereto. **SEE ADDENDUM**

**No Cure Period**

9. B.4. No cure period shall be available if FRANCHISEE abandons the DUNKIN' DONUTS SHOP; or if FRANCHISEE intentionally underreports GROSS SALES or falsifies financial data; or if FRANCHISEE's lease for the DUNKIN' DONUTS SHOP with DUNKIN' DONUTS or a subsidiary of DUNKIN' DONUTS is terminated or expires. **SEE ADDENDUM**