# EXHIBIT I

30 APRIL 02

Following Documents/Items taken for copying by Joe McGowan, an agent of Allied Domecq, QSR.

1.) Copies of tax returns 1998 - 2000 for:
   A. Glenn & Kathleen Stetzer (personal)
   B. 4 Donuts Inc.
   C. Grando Inc.
   D. 2 Donuts Inc.

2.) Wholesale invoices Nov. 01 - Apr. 02
   A. Yale Hospital
   B. St. Raphael's Hospital

3.) Bank statements Nov. 01 - Mar. 01
   A. Grando Inc.        C. 2 Donuts Inc.
   B. 4 Donuts Inc.

4.) Weekly sales reporting forms (fee cards)
   W/E 17 Nov - 9 Mar. 02 - Six Stores

5.) Six folders containing finishing/throwaway records for six stores.

6.) Sales & Use Tax Forms (OS-114) for:
   A. Grando Inc.  } Nov. - Mar.
   B. 4 Donuts Inc.

7.) Production records - 4 pages - for:
   A. State St. Hamden Store (full producer)

8.) 1 Yellow envelope containing various product mix tapes.

Page 1 of 2

9.) SIX "SETS" OF DAILY CASH REPORTS FOR SIX STORES 17 NOV. 01 - 9 MAR. 02

10.) DCP INVOICES FOR GRANDO INC & 4 DONUTS INC. NOV. 01 - MAR. 02 - APPEAR TO BE COMPLETE.

11.) PAYROLL RECORDS - 1/4 LYS, EMP. LISTINGS, TOTALS REPORT 99, 2000, 2001 - VARIOUS RECORDS.

12.) P&L's (CONSOLIDATED) FOR SIX STORES 1999-2001

Ⓐ 13.) W-2s FOR GRANDO INC & 4 DONUTS INC. (2001)

14.) 2 BOXES CONTAINING VARIOUS CASH REGISTER TAPES & COUPONS. CURSORY INSPECTION SHOWS TAPES ARE NOT IDENTIFIABLE BY DATE OR STORE

NOTHING FOLLOWS

[signature] 30 APRIL 02

PAGE 2 OF 2