# EXHIBIT H

# TSA Comment Sheet

Use this page to note all specifics from the TSA form. For every question with a deficiency or violation, enter the question number, D or V to designate type of infraction, and specific description of the deficiency or violation. Also complete the additional questions and fill in the Touch-head/Register serial numbers at the bottom of this form.

| (Sample) | | |
|---|---|---|
| 4.1 | *V* | *4 employees without Name Badge, 2 without Hats.* |
| 5.2 | *D* | *Service Standards Measurements have only been completed once a month.* |

| Question # | D/V | Explanation of Deficiency or Violation |
|---|---|---|

1.6  D  -  toilet sat loose

D  -  Air vent dusty

2.5  D  -  NEED DEEPER / TRAINING ON CD A...

- All S/B TRAINED WITH ALL FILES + LISTED AT STORE

★ - GIVEN AP+ AS FOR COMPLETION - FAX TO TB WHEN DONE 781 585 6603.

Notes -

- SUGGESTIVE SELLING STILL ACCES
- HANDED OUT COMMENT CARDS

Additional Questions:
1. Does this store currently have wholesale or catering accounts?    Yes  No
2. Are these accounts approved by the BC?    Yes  No
3. Is a current list of these wholesale or catering accounts maintained in the store?    Yes  No
4. How many Touch-heads or Registers are in this store?    3+ OT
5. List all ECR Register Serial #'s (free standing cash registers, not POS solutions w/back office computer).

| #1 | #2 | #3 | #4 |
|---|---|---|---|
| #5 | #6 | #7 | #8 |

TSA Comments                                                                        rev. 09/04/02

**WHITE - RANDOLPH**          **YELLOW - FRANCHISEE**          **PINK - FIELD REPRESENTATIVE**          **GOLDENROD - FRANCHISEE REINSPECTION**