# EXHIBIT G

Mailed to: **Frank Basler**
Business Consultant
Date: 7/25/03

## DUNKIN' DONUTS
## WHOLESALE ACCOUNT REGISTRATION

**Customer Data**
Firm Name: East Haven Citgo
Individual: ___
Address: 291 Saltonstall Pkwy           Phone: ___
☒ New Account    ☐ Increased Volume of Existing Account
(Previous Level $ ___)

**Terms**
☐ C.O.D.    ☒ Charge (Maximum Allowable Charge ($10,000))

**Credit**
Approved by: [signature]    Date: ___

**Production Data**
Estimated Volume: 15 dz   dozen per 5 days
☒ Yeast   ☒ Cake   ☒ French   ☐ Other
☒ Rings   ☐ Shells & Twists   ☐ Bismarks
☒ Coffee Rolls   ☒ Other: bagels/muffins/rolls/croissants

**Pricing**
$ Varies Per Dozen    ☐ Guaranteed    ☐ Not Guaranteed

**Effective Date**
Date Order Commencing: 7/31/03

**Delivery**
☒ We Deliver    ☐ Customer Pick-Up
Deliver to: S/A
Days: ___   Time: ___

**Packaging**
☐ Our Boxes   ☒ Baskets   ☐ Customer's Boxes
Remarks: ___

**Commission Data**
Business Obtained by: ___
Terms: ___
Remarks: ___