UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., | : : : | CIVIL ACTION NO. 3:02 CV 1920 (MRK) |
| Plaintiffs, | : : | |
| v. | : : : | |
| 4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, | : : : : : | OCTOBER 28, 2003 |
| Defendants. | : : | |

## DEFENDANTS 4 DONUTS, INC., GRANDO, INC. AND GLENN STETZER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS

Pursuant to Federal Rule of Civil Procedure 37(a), defendants 4 Donuts, Inc. ("4 Donuts"), Grando, Inc. ("Grando"), and Glenn Stetzer (collectively, the "defendants") respectfully submit this motion to compel plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. to answer Interrogatory Nos. 1 and 3 and produce documents in response to Request No. 3 of these defendants' Second Set of Interrogatories and Second Request for Production of Documents dated August 6, 2003.

Pursuant to Local Rule 37(a)(2), defendants have attached the declaration of Richard S. Order, stating that Mr. Order conferred with plaintiffs' counsel, Jeffrey L. Karlin, regarding numerous discovery matters in a good faith effort to resolve the disputes, but that the parties

**ORAL ARGUMENT IS REQUESTED**

were unable to resolve all the issues. The issues that are the subject of this motion, therefore, remain unresolved.

                          DEFENDANTS,
                          4 DONUTS, INC., GRANDO, INC., and
                          GLENN STETZER

By:    /s/ Richard S. Order
        Richard S. Order (ct 02761)
        Eric L. Palmquist (ct 24166)
        AXINN, VELTROP & HARKRIDER LLP
        90 State House Square
        Hartford, CT  06103-3702
        Telephone:  860-275-8100
        Facsimile:  860-275-8101
        Email:    rso@avhlaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been sent via first-class U.S. mail, postage prepaid, this 28th day of October, 2003 to:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, DC  20037-1922

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street
P.O. Box 777
North Haven, CT  06473-0777

Paul N. Gilmore, Esq.
Brad N. Mondschein, Esq.
Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123-1277

                              By:/s/ Eric L. Palmquist
                                Eric L. Palmquist, Esq.
                                Axinn, Veltrop & Harkrider LLP

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., : : Plaintiffs, : : v. : : 4 DONUTS, INC., GRANDO, INC., : GLENN STETZER, KATHLEEN : STETZER, GEORGE GERMANO, : and JAMES MCMANAMA, : : Defendants. : | CIVIL ACTION NO. 3:02 CV 1920 (MRK) OCTOBER 28, 2003 |

## DECLARATION OF RICHARD S. ORDER, ESQ. PURSUANT TO LOCAL CIVIL RULE 37 CONCERNING DEFENDANTS' MOTION TO COMPEL

I, RICHARD S. ORDER, ESQ., being over eighteen years of age, hereby declare as follows:

1. I am a partner in the law firm of Axinn, Veltrop & Harkrider LLP, counsel for defendants 4 Donuts, Inc., Grando, Inc., and Glenn Stetzer, and submit this declaration in support of these defendants' motion to compel plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. to answer Interrogatory Nos. 1 and 3 and produce documents in response to Request No. 3 of these defendants' Second Set of Interrogatories and Second Request for Production of Documents dated August 6, 2003.

2. Pursuant to Local Rule 37(a)(2), I have consulted with Jeffrey Karlin, Esq., counsel for plaintiffs, regarding the interrogatories and document requests at issue in defendants' motion to compel. On September 19, 2003, I wrote to Mr. Karlin explaining my concerns and stating that I was writing in accordance with Federal Rule 37 and Local Rule 37(a)(2). A copy

of this letter has been attached as Exhibit C to the memorandum in support of the motion to compel.

3. On September 30, 2003 I received a response from Mr. Karlin which resolved some, but not all, of my concerns. A copy of this letter is attached as Exhibit D to the memorandum. I replied to Mr. Karlin's letter on October 6, 2003, once again stating that I hoped to resolve the disputes without assistance from the court. A copy of this letter has been attached as Exhibit E to the memorandum.

4. On October 6, 2003, I received a letter from Christopher Loveland, Esq., an associate at Mr. Karlin's law firm, which resolved a few additional matters, but which left the issues that are the subject of this motion unresolved. A copy of this letter is attached as Exhibit F to the memorandum.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of October, 2003.

/s/ Richard S. Order
Richard S. Order