# EXHIBIT F

SCHMELTZER, APTAKER & SHEPARD, P.C.
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800

October 6, 2003

**VIA FACSIMILE - (860) 275-8101**
**AND FIRST CLASS MAIL**

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

      Re:    *Dunkin' Donuts Incorporated, et al. v. 4 Donuts, Inc. et al.*

Dear Richard:

      This letter supplements Jeffrey Karlin's letter to you of September 30, 2003.

Interrogatory No. 2:

      The additional information you are seeking in response to interrogatory 2 can be ascertained by a review of the police reports that have been made available to you, as well as the deposition testimony of Mr. Czuprynski. After we complete our depositions of the Defendants, we will supplement this answer, if necessary. Also, Dunkin's answer to interrogatory 2 includes several statutes that are not responsive to the interrogatory. Interrogatory 2 sought "each law or statute plaintiffs contend any defendant violated which in turn constituted a breach of Section 5.Q. or 5.1.7 of any franchise agreement, as alleged in Paragraph 50 of the Complaint." Paragraph 50 only involved the assault on Mr. Czuprynski and not any of Defendants' tax law violations. Thus, Dunkin' withdraws the portion of its answer to interrogatory 2 regarding Defendants' tax law violations, including its citations to 26 U.S.C. § 3401, *et seq.*; 26 U.S.C. § 7201; 26 U.S.C. § 7206; 18 U.S.C. § 1001 and the corresponding Connecticut statutes.

Document Request No. 8:

      Dunkin' Donuts is currently searching its files to determine whether any other documents exist that are responsive to document request 8. To the extent other documents exist, they will be produced to you.

## SCHMELTZER, APTAKER & SHEPARD, P.C.

Richard S. Order, Esq.
October 6, 2003
Page 2 of 2

      A copy of Dunkin' Donuts USA, Inc.'s responses to Defendants' first set of requests for admission, responses to Defendants' second request for production of documents and answers to Defendants' second set of interrogatories are attached hereto.

      Finally, we are in receipt of your letter of today, regarding Mr. Karlin's September 30, 2003 letter to you. Mr. Karlin is out of the office today and will respond to your letter when he returns.

      Thank you.

                                    Sincerely,

                                    Christopher M. Loveland

Enclosures

cc:    Eric Palmquist (via facsimile and first class mail)
       Amy Leete Van Dyke (via facsimile and first class mail)
       Robert K. Walsh (via first class mail)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff Dunkin' Donuts USA, Incorporated's Responses to Defendants' first set of requests for admission, responses to Defendants' second request for production of documents and answers to Defendants' second set of interrogatories were served by facsimile and first class mail upon counsel for Defendants at the addresses listed below on this 6th day of October 2003.

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert K. Walsh, Esq.
The Law Offices of Robert K. Walsh
193 State Street
P.O. Box 777
New Haven, CT 06473

_____
Christopher M. Loveland