UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED and<br>DUNKIN' DONUTS USA, INC.,<br><br>      Plaintiffs,<br><br>    v.<br><br>4 DONUTS, INC.,<br>GRANDO, INC.,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA,<br><br>      Defendants. | CIVIL ACTION NO.<br>3:02 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 30, 2003 |

### DEFENDANTS JAMES MCMANAMA AND GEORGE GERMANO'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR FIRST AMENDED COMPLAINT

Defendants James McManama and George Germano respectfully submit this Opposition to Plaintiffs' Motion for Leave to File Their First Amended Complaint dated October 3, 2003 ("Defendants' Opposition") by joining and incorporating by reference all of the arguments set forth in Defendants 4 Donuts, Inc., Grando, Inc., and Glenn Stetzer's Opposition to Plaintiffs' Motion for Leave to File Their First Amended Complaint dated October 23, 2003.

**ORAL ARGUMENT REQUESTED**

342371

Accordingly, for the reasons set forth in Defendants' Opposition, plaintiffs' motion to amend their complaint should be denied in its entirety.

DEFENDANTS,
JAMES MCMANAMA AND
GEORGE GERMANO

By: /s/ Paul N. Gilmore
Paul N. Gilmore, Esq.
Federal Bar Number CT03347
Brad N. Mondschein, Esq.
Federal Bar Number CT13800
Amy Leete Van Dyke, Esq.
Federal Bar Number CT23181
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600

342371

2

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been sent U.S. mail, postage prepaid, this 30th day of October 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922
(via facsimile)

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

Richard S. Order, Esq.
Eric Palmquist, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

By: _____
Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.

342371