UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>                              Plaintiffs,<br><br>         v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA<br><br>                              Defendants. | C.A. No. 302 CV 1920 (MRK)<br><br><br><br><br><br>NOVEMBER 5, 2003 |

### PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO DEPOSE DEFENDANTS JAMES MCMANAMA AND 4 DONUTS, INC.

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. respectfully request that the Court grant Plaintiffs additional time to complete the depositions of Defendants James McManama and 4 Donuts, Inc. Defendant James McManama has refused to testify for more than seven hours, despite the fact that he was noticed for a deposition individually and was also designated by Defendant 4 Donuts, Inc. to testify on a number of topics. In support of this

Motion, Plaintiffs rely on the attached memorandum of law, the attachments thereto, and the entire record herein.

                                    Respectfully submitted,

                                    Robert L. Zisk ct 13503
                                    Jeffrey L. Karlin ct 14965
                                    Christopher M. Loveland ct 24169
                                    SCHMELTZER, APTAKER & SHEPARD, P.C.
                                    2600 Virginia Avenue, N.W.
                                    Suite 1000
                                    Washington, D.C. 20037
                                    (202) 333-8800

                                    Paul D. Sanson ct 05477
                                    Alexandra M. McHugh ct 22428
                                    SHIPMAN & GOODWIN LLP
                                    One American Row
                                    Hartford, CT 06103-2819
                                    (860) 251-5612

Dated: November 5, 2003             Attorneys for Plaintiffs
                                    Dunkin' Donuts Incorporated,
                                    Dunkin' Donuts USA, Inc.