UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and<br>DUNKIN' DONUTS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC., GRANDO, INC., GLENN<br>STETZER, KATHLEEN STETZER, GEORGE<br>GERMANO, and JAMES MCMANAMA,<br><br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br>NOVEMBER 7, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.Civ.Rule 7(e), the undersigned respectfully moves the court for leave to withdraw his appearance in this action for and on behalf of defendant James McManama. Mr. McManama has not communicated to counsel whether he intends to proceed *pro se* or engage successor counsel, but there is nonetheless good cause for the granting of this motion, to wit: Mr. McManama has terminated his engagement with Updike, Kelly & Spellacy, P.C., and has so informed us of the termination, which termination has prompted this motion. By transmission of a copy of this motion to defendant James McManama, the undersigned, and Updike, Kelly & Spellacy, P.C., is sending notice to Mr. McManama that should he fail to either engage successor counsel (who files an appearance on his behalf) or to otherwise file a *pro se* appearance, then, in the event that the Court grants the undersigned's motion to withdraw appearance (and the companion motions by the two other counsel with this firm), the result will be that Mr. McManama will have become a non-appearing defendant, which may result in a default judgment being entered against him in this civil action.

343325

Respectfully submitted,

By: *Paul N. Gilmore*
Paul N. Gilmore, Esq.
Federal Bar Number CT03347
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600

343325

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing **MOTION TO WITHDRAW APPEARANCE** has been sent by U.S. mail, postage prepaid, this 7th day of November 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, CT 06103

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

*Also sent via certified mail to:*

James McManama
1 Wheatfield Drive
Wallingford, CT 06492

By: _____
PAUL N. GILMORE, ESQ.
Updike, Kelly & Spellacy, P.C.

343325