UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA<br><br>                Defendants. | C.A. No. 302 CV 1920 (MRK)<br><br><br><br><br><br>NOVEMBER 10, 2003 |

**PLAINTIFFS' OBJECTION TO THE COURT'S OCTOBER 24, 2003
RULING ON DEFENDANTS JAMES MCMANAMA AND
GEORGE GERMANO'S MOTION FOR CLARIFICATION**

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. (hereinafter "Dunkin'" or "Dunkin' Donuts") respectfully object to the Magistrate Judge Margolis' Ruling of October 24, 2003 on Defendant James McManama and George Germano's Motion for Clarification of the Court's September 11, 2003 ruling on Plaintiffs' Motion to Compel. In the October Ruling, Magistrate Judge Margolis held that Dunkin' would not be able to obtain documents pertaining to the personal finances of James McManama, the general manager of the donut franchises at issue. This conclusion should be overturned for two reasons: (1) There is undisputed evidence that McManama was personally involved in financial dealings that are central to Plaintiffs' claims of tax fraud and underreporting in this case, including the transfer of

**ORAL ARGUMENT REQUESTED**

hundreds of thousands of dollars of funds from the donut franchises into the bank account of a drag racing team he owned along with Defendant Glenn Stetzer; and (2) Magistrate Judge Margolis' decision not to allow this discovery was based on the erroneous conclusion that Dunkin' had not asked for McManama's personal finances in its Motion to Compel when such documents, in actuality, had been a major focus of Dunkin's briefing. The information sought by Dunkin' Donuts is highly relevant to the claims in this case and should be produced.

In support of this motion, Plaintiffs rely on the attached memorandum of law, the attachments thereto, and the entire record herein.

Respectfully submitted,

_____
Robert L. Zisk ct 13503
Jeffrey L. Karlin ct 14965
Christopher M. Loveland ct 24169
SCHMELTZER, APTAKER & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Paul D. Sanson ct 05477
Alexandra M. McHugh ct 22428
SHIPMAN & GOODWIN LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5612

Attorneys for Plaintiffs
Dunkin' Donuts Incorporated,
Dunkin' Donuts USA, Inc.

Dated: November 10, 2003