UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA<br><br>                    Defendants. | C.A. No. 302 CV 1920 (MRK) |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiffs' Objection to the Court's October 24, 2003 Ruling on Defendants James McManama and George Germano's Motion for Clarification, Defendant's Opposition thereto, the record herein, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that Defendant James McManama respond to numbers 1, 2, 4, 6, 9 and 10 of

Dunkin's first set of interrogatories, and numbers 1 – 4, 6 – 9, 12, 16 – 18 and 22 of Dunkin's first set of document requests.

                                                                                                      _____

                                                                                                     United States District Judge