# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., : | CIVIL ACTION NO. 3:02 CV 1920 (JBA) |
| Plaintiffs, : | |
| v. : | |
| 4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, : | JUNE 12, 2003 |
| Defendants. : | |

## DEFENDANTS 4 DONUTS, INC., GRANDO, INC., AND GLENN STETZER'S NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendants 4 Donuts, Inc., Grando, Inc., and Glenn Stetzer will take the following deposition of the individuals listed below at the offices of Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, Connecticut, before a court reporter. These depositions shall commence on the dates and times indicated below and shall continue day to day until completed.

| **Deponent** | **Date** | **Time** |
|---|---|---|
| Richard Czuprynski<br>5 James Avenue<br>New Britain, CT 06053 | June 23, 2003 | 9:00 a.m. |
| Dave Crisfulla<br>Dunkin' Donuts/Allied Domecq | June 24, 2003 | 9:00 a.m. |
| Joe Chaves<br>Dunkin' Donuts/Allied Domecq | June 24, 2003 | 1:00 p.m. |
| Dunkin' Donuts' Rule 30(b)(6)<br>Designees | June 25, 2003 | 9:00 a.m. |

| | | |
|---|---|---|
| Joe McGowan<br>Dunkin' Donuts/Allied Domecq | June 26, 2003 | 9:00 a.m. |
| Jack Laudermilk<br>Dunkin' Donuts/Allied Domecq | June 27, 2003 | 9:00 a.m. |

In accordance with Rule 45 of the Federal Rules of Civil Procedure, Richard Czuprynski will be served with a subpoena, a copy of which is attached, demanding his presence and the production of documents at his deposition.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, each deponent other than Mr. Czuprynski is directed to produce at his or her deposition each document, including without limitation notes, calendars, and diaries, that refers to, relates to, or reflects (a) any claim asserted in plaintiffs' Complaint dated October 29, 2002, (b) any defense asserted in plaintiffs' Answer to Defendants' Counterclaims dated December 10, 2002, (c) the audit of defendants' franchises in 2002, (d) communications with Richard Czuprynski, (e) plaintiffs' privilege log, (f) surveillance of defendants' operations, sales, reporting, and alleged underreporting, (g) the decision to terminate defendants' franchises, (h) the renewal of the Sargent Drive Franchise Agreement, (i) the remodeling of the State Street shop; or (j) the owners or shareholders of 4 Donuts, Inc., Grando, Inc., or any Dunkin' Donuts shop operated by any defendant or the transfer of any ownership interest in any of these entities.

With respect to the deposition scheduled for June 25, 2003, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on their behalf concerning (a) the claims asserted in plaintiffs' Complaint dated October 29, 2002, (b) the defenses asserted in plaintiffs' Answer to Defendants' Counterclaims dated December 10, 2002, (c) the audit of defendants' franchises in 2002, (d) communications with Richard Czuprynski, (e) plaintiffs'

AVHCT: 9320.1

privilege log, (f) surveillance of defendants' operations, sales, reporting, and alleged underreporting, (g) the decision to terminate defendants' franchises, (h) the renewal of the Sargent Drive Franchise Agreement, (i) the remodeling of the State Street shop; and (j) the owners or shareholders of 4 Donuts, Inc., Grando, Inc., or any Dunkin' Donuts shop operated by any defendant or the transfer of any ownership interest in any of these entities.

You are invited to attend and cross-examine the witnesses.

                          DEFENDANTS,
                          4 DONUTS, INC., GRANDO, INC., and
                          GLENN STETZER

By: _____
       Richard S. Order (ct02761)
       AXINN, VELTROP & HARKRIDER LLP
       90 State House Square
       Hartford, CT  06103-3702
       Telephone:  860-275-8100
       Facsimile:  860-275-8101
       Email:  rso@avhlaw.com

3

AVHCT: 9320.1

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been served via first-class U.S. mail, postage prepaid, this 12th day of June, 2003, on:

Richard L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, DC  20037-1922
(By Fax also)

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street
P.O. Box 777
North Haven, CT  06473-0777

Paul L. Gilmore, Esq.
Brad N. Mondschein, Esq.
Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123-1277

By: /s/ Richard S. Order
Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP