# EXHIBIT B

**SCHMELTZER, APTAKER & SHEPARD, P.C.**
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800

July 15, 2003

**VIA FACSIMILE (860) 275-8101**
**AND FIRST CLASS MAIL**

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

    Re:   *Dunkin' Donuts Incorporated, et al. v. 4 Donuts, Inc. et al.*

Dear Richard:

    The following are the designations of the individuals who will testify concerning the topics set forth in the Notice of Deposition dated June 12, 2003:

    a)  The claims asserted in plaintiffs' Complaint dated October 29, 2002: Joe McGowan and Jack Laudermilk.

    b)  The defenses asserted in plaintiffs' Answer to Defendants' Counterclaims, dated December 10, 2002: Jack Laudermilk.

    c)  The audit of defendants' franchises in 2002: Joe McGowan.

    d)  Communications with Richard Czuprynski: Joe McGowan.

    e)  Plaintiffs' privilege log: Since the privilege log was created by Dunkin's counsel in the course of this litigation, Dunkin' objects to designating anyone to testify about how it was created and the contents thereof. Any such information would be protected by the attorney-client and work product privileges;

    f)  The decision to terminate defendants' franchises: Jack Laudermilk.

    g)  The renewal of the Sargent Drive Franchise Agreement: Jack Laudermilk, Joe Chaves and David Crisfulla.

    h)  The remodeling of the State Street shop: Joe Chaves and David Crisfulla.

## SCHMELTZER, APTAKER & SHEPARD, P.C.

Richard S. Order, Esq.
July 15, 2003
Page 2

    i) The owners or shareholders of 4 Donuts, Inc., Grando, Inc. or any Dunkin' Donuts shop operated by any defendant or the transfer of any ownership interest in any of these entities: Joe McGowan and Jack Laudermilk.

Please feel free to call should you have any questions.

                    Sincerely,

                    Jeffrey L. Karlin

JLK:bkm

cc:    Eric Palmquist (via facsimile (860) 275-8101)
        Amy Van Dyke (via facsimile (860) 548-2680
        Robert K. Walsh (via facsimile(203) 288-0934)