# EXHIBIT C

```
              UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT

     * * * * * * * * * * * * * * *
                                   *   CIVIL ACTION NO.
     DUNKIN' DONUTS, INCORPORATED  *   3:02CV1920(JBA)
     AND DUNKIN' DONUTS USA,       *
     INC.,                         *
              PLAINTIFFS           *
                                   *
     VS.                           *
                                   *
     4 DONUTS, INC., GRANDO, INC., *
     GLENN STETZER, KATHLEEN       *
     STETZER, GEORGE GERMANO       *
     AND JAMES MCNANAMA,           *
              DEFENDANTS           *
                                   *
     * * * * * * * * * * * * * * *


     ------------------------------------------------
              DEPOSITION OF:  JOSEPH MCGOWAN
     ------------------------------------------------


         Taken before Kathleen S. Norton, Registered
     Professional Reporter, Lic./Reg. No. 105, and Notary
     Public in and for the State of Connecticut, pursuant
     to the Federal Rules of Civil Procedure,
     at the offices of Axinn, Veltrop & Harkrider, LLP,
     Connecticut, on July 30, 2003, 90 State House Square,
     Hartford, Connecticut, commencing at 9:20 a.m.


                BRANDON SMITH REPORTING SERVICE, LLC
                     44 Capitol Avenue
                     Hartford, CT 06106
                     Tel: (860) 549-1850
                     Fax: (860) 549-1537
```

Page 394

1   time I think I have.

2

3              (Discussion off the record.)

4        MR. ORDER:  Well, I think I can

5   finish, but I will be running and not going

6   through everything the way I'd like to, but

7   I think I can get the essence done by 5:30.

8        MR. KARLIN:  Okay.

9        MR. ORDER:  Okay?

10       MR. KARLIN:  Well, if we get done --

11  excuse me.  If we reach 5:30, then we're in

12  agreement we're not going to bring him

13  back?

14       MR. ORDER:  We're not in agreement we

15  won't bring him back.  I'm in agreement, if

16  you want, we won't go any further today,

17  but I'm nearing the end.  But I just -- I

18  need some more time to get to the end.

19       MR. KARLIN:  Well, I mean, as I said

20  before, you had him for --

21       MR. ORDER:  You don't have to make

22  speeches.  You don't have to repeat that.

23       MR. KARLIN:  I will do this:  I will

24  allow him only under the agreement that

25  this then ends the deposition.  If that's

Page 395

1   not the case, then let's shut down now.
2        MR. ORDER:  Well, I'm not going to
3   agree that it ends the deposition.  I'm
4   going to give you -- I'm giving you my best
5   good faith estimate that by 5:30 I can be
6   satisfied that that would be enough, but I
7   can't be absolutely sure.  I can't tell
8   right now what he's going to answer.
9        MR. KARLIN:  Well, that's it.
10       MR. ORDER:  No.  There are certain
11  documents I need him to identify and
12  authenticate, and they say what they say,
13  but I'm pretty sure I can be done by 5:30.
14       MR. KARLIN:  Again, that's my offer.
15  If you agree to end the deposition at that
16  point, I'll allow you to continue, you
17  know, go through and authenticate the
18  documents and finish by 5:30; otherwise,
19  he's been here for more than enough time in
20  terms of the federal rules.
21       MR. ORDER:  Well, the federal rules
22  are not definitive on that and they say the
23  judge can allow extra time.  Do you want me
24  to try to call the judge right now to
25  extend the time?

Page 396

1      MR. KARLIN: If you want, go ahead.
2      MR. ORDER: First, it's a Friday
3  afternoon at five, or after five, so I
4  doubt that Judge Arterton is going to be
5  available and we'll probably waste more
6  time trying to get ahold of her. My
7  suggestion is we go to 5:30. We're wasting
8  time doing this with all this colloquy
9  right now. Let's go to 5:30. I'm pretty
10 sure I can get done. But I can't
11 definitively say there is absolutely no
12 basis for me to continue the deposition
13 after 5:30.
14     MR. KARLIN: Okay.
15     MR. ORDER: I don't know where we'll
16 be at the end of 5:30.
17     MR. KARLIN: Exactly. Again, my
18 position is that if you ended at 5:30,
19 we'll allow you to go; otherwise, we're way
20 beyond the time and, under the federal
21 rules unless you get a court order prior to
22 or afterward, I suppose, or we stipulate to
23 it, you can't go over seven hours.
24     MR. ORDER: Well, we're getting to a
25 pretty crucial part of your case.

1       MR. KARLIN:  But you chose to bring
2   this up at this point.
3       MR. ORDER:  It's chronological.
4       MR. KARLIN:  Why you chose to bring it
5   up at this point and just because you chose
6   to bring it up at this point, doesn't allow
7   to the extent that if it was so crucial,
8   and is a crucial part of the case, you
9   should have brought it up first.
10      MR. ORDER:  I will go to 5:30 and --
11  I'll tell you what I'll do.  I'll go to
12  5:30 and if I don't finish by 5:30, the
13  burden will be on me to ask the judge to
14  bring him back at that point which, I
15  think, is a little different than just
16  trying to continue to pressure you to go
17  further tonight or --
18      MR. KARLIN:  We won't bring him back
19  unless we have a court order.
20      MR. ORDER:  That's what I said.  At
21  5:30, if I determine that I need more time,
22  I am not even going to ask you, I will
23  just -- I will assume you will say no and I
24  will go to the court.  But, right now, we
25  spent about five minutes doing that, so we

Page 415

1        work product.
2   BY MR. ORDER:
3   Q    Who was present when he gave the statement?
4   A    Myself, Mr. Karlin, Mr. Czuprynski, and the
5        court reporter.
6   Q    Have you ever seen the transcript?
7   A    I have not.
8   Q    Did someone ask Mr. Czuprynski questions?
9   A    Yes.
10            MR. KARLIN: It's 5:30, so --
11  Q    Did Mr. Czuprynski ever give you --
12            MR. KARLIN: Mr. Order, it's 5:30. We
13       had an agreement we would stop at 5:30. If
14       you want to go to court and ask the judge
15       for an order requiring Mr. McGowan, but
16       it's the end of a very long day.
17            MR. ORDER: Let me ask one more
18       question is.
19  BY MR. ORDER:
20  Q    Did Mr. Czuprynski give you a copy of any
21       statement that he made retracting his previous
22       allegations?
23  A    I don't believe he gave it to me, no.
24  Q    How did he get it?
25  A    That's two questions.

Case 3:02-cv-01920-MRK    Document 126-4    Filed 11/13/2003    Page 8 of 8
Dunkin' Donuts vs 4 Donuts, Inc.

8/1/2003                                         Joseph McGowan ( Volume II )

Page 416

1        MR. KARLIN: That's the only question.
2    You have answered.
3    BY MR. ORDER:
4    Q    You're not going to answer that question?
5    A    No.
6        MR. ORDER: Let the record reflect
7    that the witness has stood up and he and
8    his defense counsel are preparing to leave.
9        MR. KARLIN: Again, we had an
10    agreement that we would stop at 5:30,
11    Mr. Order. That's what we're complying
12    with, our agreement that we would stop at
13    5:30. And I'm sure Mr. McGowan is not
14    standing up for any other reason other than
15    standing up.
16        THE WITNESS: Stretching my legs.
17        MR. ORDER: He's not sticking around
18    to answer any more questions.
19        MR. KARLIN: He's not. That's
20    correct.
21        MR. ORDER: I wanted the record to
22    reflect that.
23        MR. KARLIN: That's fine.
24        MR. ORDER: Do you have any questions,
25    Amy?