# EXHIBIT D

1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT
2

3
                                    No. 3:02CV1920
4

5                                                        COPY

6   DUNKIN' DONUTS INCORPORATED AND
    DUNKIN' DONUTS USA, INC.
7

    VS
8
    4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN
9   STETZER, GEORGE GERMANO AND JAMES MCMANAMA

10

11

12

13

14        Deposition of:  JAMES MCMANAMA, taken before
15   Barbara L. Murphy, Licensed Shorthand Reporter,
16   License No. 305 and Notary Public within and for the
17   State of Connecticut, held at the offices of Shipman
18   and Goodwin, One American Row, Hartford, Connecticut
19   on October 15, 2003 commencing at 9:08 a.m.

20

21

22

23

24

25

1   attorney --
2           MR. GILMORE: Counsel, you know better.
3   Let's move on.
4           MR. KARLIN: I'm going to have this
5   marked as eighty-six.
6       (Exhibit No. 86, offered and marked.)
7   Q.   (By Mr. Karlin)  If I could have you look at
8   this.
9           MR. GILMORE: I'm sorry, is there a
10  question pending.
11          MR. KARLIN: I asked him to look at the
12  exhibit.
13          MR. GILMORE: Thank you.
14          THE WITNESS: Yes.
15  Q.   (By Mr. Karlin) Have you looked at that?
16  A.   Yes, I have.
17  Q.   I'll represent to you this was a letter sent
18  to myself on October 10 from Mr. Eric Palmquist from
19  Mr. Order's firm and includes designees for topics
20  that we had specified pursuant to Federal Rule
21  30(b)(6).
22          Have you seen this letter before?
23  A.   I've -- I believe I've seen Page 2, the
24  second -- actually it says 003 on the top. I don't
25  know if I've actually seen the cover letter.

```
 1      Q.    But you've seen Page 2; is that correct?
 2            MR. GILMORE:  Objection.  Asked and
 3   answered.
 4            THE WITNESS:  Yes.
 5      Q.    (By Mr. Karlin)  On Page 2 you were
 6   designated as the person with the most knowledge and
 7   in some cases it's you and somebody else for the
 8   following topics.
 9            MR. GILMORE:  Excuse me, Jeff.  Let me
10   back up a second.  Are we going with the same
11   stipulations that we had in prior days?
12            MR. KARLIN:  Yes.
13      Q.    (By Mr. Karlin)  Reporting of sales to
14   Dunkin' Donuts, wholesale sales made by shops operated
15   by 4 Donuts Inc., Dunkin' Catering, any transfer of an
16   interest in 4 Donuts, Inc. to James McManama, the role
17   played by Jim McManama in 4 Donuts, Inc.'s business
18   operations, determination voluntarily or otherwise of
19   James McManama's employment at the franchises, the
20   remodeling of the State Street shop in 2002, the
21   renewal of the Sargent Drive shop and the payment of
22   wages or salaries to the employees of 4 Donuts, Inc.
23            Do you see those designations?
24      A.    Yes, I do.
25      Q.    Are you prepared to testify as to those
```

```
1    topics?
2         A.   As best I can, yes.
3              MR. GILMORE:  Also before we go
4    further, we're going to exercise our right to read and
5    sign so that's clear.
6              MR. KARLIN:  That's fine.
7         Q.   (By Mr. Karlin)  You can put that down.  Did
8    you graduate high school?
9         A.   Yes, I did.
10        Q.   And where did you attend high school?
11        A.   Pittsfield High school.
12        Q.   Where is that located?
13        A.   Massachusetts.
14        Q.   What year did you graduate?
15        A.   I believe I graduated in 1969.
16        Q.   Did you attend college?
17        A.   Yes, I did.
18        Q.   Where did you attend?
19        A.   University of Massachusetts.
20        Q.   Did you graduate?
21        A.   Associate's degree.
22        Q.   How long did it take you to get your
23   Associate's degree?
24        A.   I was there three years.
25        Q.   You got your degree from the University of
```