UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 13  1 57 PM '03
U.S DISTRICT COURT
NEW HAVEN CONN.

DUNKIN' DONUTS INC, ET AL.      :
                                :
VS.                             : 3:02 CV 1920 (MRK)
                                :
                                :
DONUTS, INC. ET AL.             : November 10, 2003

### MOTION TO WITHDRAWAL APPEARANCE

Pursuant to Federal Local Rule of Civil Procedure, Rule 15, at this time, Raymond M. Hassett hereby moves to Withdraw his Appearance on behalf of Richard Czuprynski, in the above captioned matter. Mr. Czuprynski is a witness in the matter and upon information and belief his involvement in the case is no longer necessary. If Mr. Czuprynski requires legal counsel in the future, the undersigned will re-submit an Appearance on his behalf at that time. A "Notice to Richard Czuprynski" has been forwarded via certified mail advising him of this Motion and his rights.

WHEREFORE, the undersigned hereby respectfully requests this Court grant said Motion to Withdraw Appearance.

Respectfully submitted,

By _____
Raymond M. Hassett, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
Federal Bar #CT 02175

Attorney for Richard Czuprynski

## **ORDER**

The above Motion having been heard, it is hereby ORDERED:

GRANTED/DENIED.

By_____

Dated at _____ this ___ day of _____, 2003.

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed first class, postage paid on this \_11\_ day of November, 2003 to the following counsel and pro se parties of record:

Alexandra M. McHugh
Derek L. Mogck
Karen T. Staib
Paul D. Sanson
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
860-251-5000

Christopher M. Loveland
Eric Yaffe
Jeffrey L. Karlin
Peter v. Taylor
Robert Zisk
Schmeltzmer, Aptaker & Shepard
2600 Virginia Avenue, NW
Suite 1000
Washington, DC 20037
202-333-8800

Amy L. Van Dyke
Bard N. Mondschein
Paul Nicholas Gilmore
Updike, Kelly & Spellacy, P.C.
One State St., PO Box 231277
Hartford, CT 06123-1277
860-548-2600

Eric L. Palmquist
Richard C. Order
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT 06103-3702

Robert K. Walsh
PO Box 777
North Haven, CT 06473

                                         By _____
                                                  Raymond M. Hassett

**Via Certified Mail**  
Richard Czuprynski  
5 James Avenue  
New Britain, CT 06053

November 10, 2003

## NOTICE TO: RICHARD CZUPRYNSKI

Pursuant to Federal Local Rules of Civil Procedures, Rule 15, this is to notify you of the following:

1. Raymond M. Hassett is filing a motion with the United States District Court, District of Connecticut, which seeks the court's permission for Raymond M. Hassett to no longer represent you as a witness in the following case: <u>DUNKIN' DONUTS INC, ET AL. VS. 4 DONUTS, INC. ET AL</u>. Docket number: 3:02 CV 1920.

2. If the Motion to Withdraw is granted, you should file an appearance on your own behalf with the court or request an attorney file as your representative.

3. If you do not either obtain a new attorney or file an appearance on your own behalf, and if this Motion to Withdrawal is granted, it may result in a dismissal or default being entered against you.

Raymond M. Hassett, Esq.  
Hassett & George, P.C.  
555 Franklin Avenue  
Hartford, CT 06114  
(860) 296-2111  
Federal Bar # CT 02175