UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Discovery Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 13, 2003

12:30 P.M.

Held 12:30 - 1:25 PM (55min)

CASE NO. **3:02CV1920** (JBA) **Dunkin Donuts v. 4 Donuts**

| | |
|---|---|
| Paul Nicholas Gilmore<br>Updike, Kelly & Spellacy, P.C.<br>One State St., Po Box 231277<br>Hartford, CT 06123-1277<br>860-548-2600 | George Germano<br>James McManama |
| Raymond M. Hassett<br>Hassett & George<br>555 Franklin Avenue<br>Hartford, CT 06114<br>860-296-2111<br>Hassett & George<br>555 Franklin Avenue<br>Hartford, CT 06114<br>860-296-2111 | Hassett & George, PC |
| Jeffrey L. Karlin<br>Schmeltzer, Aptaker & Shepard<br>2600 Virginia Avenue, Nw<br>Suite 1000<br>Washington, DC 20037<br>202-333-8800 | Dunkin Donuts Inc. |
| Christopher M. Loveland<br>Schmeltzer, Aptaker & Shepard<br>2600 Virginia Avenue, Nw<br>Suite 1000<br>Washington, DC 20037<br>202-333-8800 | Dunkin Donuts Inc. |

| | |
|---|---|
| Alexandra M. McHugh<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819<br>860-251-5921 | Dunkin Donuts Inc. |
| Derek L. Mogck<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819<br>860-251-5000 | Dunkin Donuts Inc. |
| Brad N. Mondschein<br>Updike, Kelly & Spellacy, P.C.<br>One State St., Po Box 231277<br>Hartford, CT 06123-1277<br>860-548-2600 | James McManama<br>4 Donuts, Inc.<br>Grando Inc.<br>Glenn Stetzer<br>George Germano |
| ✓Richard S. Order<br>Axinn, Veltrop & Harkrider<br>90 State House Square<br>Hartford, CT 06103-3702<br>860-275-8100 | 4 Donuts, Inc.<br>Grando Inc.<br>Glenn Stetzer<br>James McManama<br>George Germano |
| Eric L. Palmquist<br>Axinn, Veltrop & Harkrider<br>90 State House Square<br>Hartford, CT 06103-3702<br>860-275-8100 | 4 Donuts, Inc.<br>Grando Inc.<br>Glenn Stetzer |
| Paul D. Sanson<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819<br>860-251-5721 | Dunkin Donuts Inc.<br>Dunkin Donuts USA Inc. |
| Karen T. Staib<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819<br>860-251-5000 | Dunkin Donuts Inc.<br>Dunkin Donuts USA Inc. |
| ✓Peter V. Taylor<br>Schmeltzer, Aptaker & Shepard<br>2600 Virginia Avenue, Nw<br>Suite 1000<br>Washington, DC 20037<br>202-333-8800 | Dunkin Donuts Inc.<br>Dunkin Donuts USA Inc. |

| | |
|---|---|
| Amy L. Van Dyke<br>Updike, Kelly & Spellacy, P.C.<br>One State St., Po Box 231277<br>Hartford, CT 06123-1277<br>860-548-2600 | James McManama<br>4 Donuts Inc.<br>Grando Inc.<br>Glenn Stetzer<br>George Germano |
| Robert K. Walsh<br>PO Box 777<br>North Haven, CT 06473<br>203-281-3420 | Kathleen Stetzer |
| Eric Yaffe<br>Schmeltzer, Aptaker & Shepard<br>2600 Virginia Avenue, Nw<br>Suite 1000<br>Washington, DC 20037<br>202-333-8800 | Dunkin Donuts Inc.<br>Dunkin Donuts USA Inc. |
| Robert Zisk<br>Schmeltzer, Aptaker & Shepard<br>2600 Virginia Avenue, Nw<br>Suite 1000<br>Washington, DC 20037<br>202-333-8800 | Dunkin Donuts Inc.<br>Dunkin Donuts USA Inc. |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK