UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, a Delaware corporation, and DUNKIN' DONUTS USA, INC., a Michigan corporation, <br><br> Plaintiffs, <br><br> v. <br><br> 4 DONUTS, INC., a Connecticut corporation, GRANDO, INC., a Connecticut corporation, GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, <br><br> Defendants. | C.A. No. 302 CV 1920 (MRK) <br><br><br><br><br><br><br><br><br><br><br><br> NOVEMBER 12, 2003 |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF ITS CONSENTED TO MOTION FOR AN EXTENSION, NUNC PRO TUNC, TO FILE THEIR REPLY TO THE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND THEIR OBJECTION TO THE COURT'S OCTOBER 24, 2003 RULING**

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. (collectively "Dunkin'" or "Dunkin' Donuts") respectfully request an extension, *nunc pro tunc*, to file their Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint and their Objection to the Court's October 24, 2003 Ruling on Defendants James McManama and George Germano's Motion for Clarification (collectively referred to as the "Briefs"). Dunkin' Donuts filed its Briefs on November 12, 2003[1] instead of November 10, 2003, due to

---

[1] Although the Briefs were overnighted to the Court on November 10, 2003, they were not filed until November 12 because November 11 was a federal holiday and the Court was closed.

difficulties that arose after the Briefs were e-mailed to Dunkin's local counsel, Shipman & Goodwin, LLP, on November 10, 2003. Defendants were served by hand on November 10, 2003 and have consented to Dunkin's Motion.

## ARGUMENT

Dunkin' Donuts sent the Briefs to its local counsel on November 10, 2003, so that they could be filed with the Court that day. Dunkin's Briefs were e-mailed to its local counsel beginning at 2:19 p.m. (Certification of C. Loveland, Ex. 1 ¶ 3.) The final e-mail was sent at 3:40 p.m. *Id.* Due to technical difficulties in scanning all of the exhibits onto disks and heavy rush hour traffic, Dunkin's local counsel, who is located in Hartford, was unable to file the Briefs with the clerk in New Haven before the filing deadline. *Id.* ¶ 4. Copies of the Briefs were, however, served on counsel for Defendants on November 10, 2003 by hand delivery. *Id.* The Briefs were sent to the Court by overnight delivery on November 10. *Id.* Counsel for Defendants do not object to this Motion.[2]

## CONCLUSION

Accordingly, for the reasons stated above, Dunkin' Donuts respectfully requests that the Court grant Plaintiffs an extension, *nunc pro tunc*, to file their Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint and their Objection to the Court's

---

[2] Richard Order, counsel for Defendants 4 Donuts, Inc., 2 Donuts, Inc. and Glenn Stetzer, contends that the Reply was due on November 7, 2003, not November 10, 2003, but still consents to this Motion.

October 24, 2003 Ruling on Defendants James McManama and George Germano's Motion for Clarification.

                              Respectfully submitted,

                              *Alexandra M. McHugh*
                              Robert L. Zisk ct 13503
                              Jeffrey L. Karlin ct 14965
                              Christopher M. Loveland ct 24169
                              SCHMELTZER, APTAKER & SHEPARD, P.C.
                              2600 Virginia Avenue, N.W.
                              Suite 1000
                              Washington, D.C. 20037
                              (202) 333-8800

                              Paul D. Sanson ct 05477
                              Alexandra M. McHugh ct 22428
                              SHIPMAN & GOODWIN LLP
                              One American Row
                              Hartford, CT 06103-2819
                              (860) 251-5612

                              Attorneys for Plaintiffs
                              Dunkin' Donuts Incorporated,
Dated: November 12, 2003            Dunkin' Donuts USA, In

## ORDER

Plaintiffs' Consented to Motion for an Extension, Nunc Pro Tunc, to File Their Reply to the Motion for Leave to File an Amended Complaint and Their Objection to the Court's October 24, 2003 Ruling (dated November 12, 2003) is hereby:

GRANTED/DENIED.

_____

Judge M. K. Kravitz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DUNKIN' DONUTS INCORPORATED, *et al.*  )
                                        )
           Plaintiffs,                  )
                                        )   C.A. No. 302 CV 1920 (MRK)
    v.                                  )
                                        )
4 DONUTS, INC., *et al.*                )
                                        )
           Defendants.                  )
                                        )   NOVEMBER 12, 2003

## CERTIFICATION OF CHRISTOPHER M. LOVELAND

1. My name is Christopher M. Loveland. I am a citizen and resident of the Commonwealth of Virginia, and I make this Certification based on personal knowledge.

2. I am an associate at the law firm of Schmeltzer, Aptaker & Shepard, P.C. I represent Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. in the present case (collectively referred to hereinafter as "Dunkin'").

3. On November 10, 2003, Dunkin's Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint and their Objection to the Court's October 24, 2003 Ruling on Defendants James McManama and George Germano's Motion for Clarification (hereinafter collectively referred to as the "Briefs") were e-mailed to its local counsel beginning at 2:19 p.m. (Certification of C. Loveland, Ex. 1 ¶ 3.) The final e-mail was sent at 3:40 p.m.

4. Due to technical difficulties in scanning all of the exhibits onto disks and heavy rush hour traffic, Dunkin's local counsel was unable to file the Briefs with the clerk before the filing deadline. Copies of the Briefs were served on counsel for Defendants on November 10,

2003 by hand delivery. The Briefs were sent to the Court by overnight delivery on November 10, 2003.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of November, 2003.

                                                                                                     Christopher M. Loveland

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Consented to Motion for An Extension, Nunc Pro Tunc, To File Their Reply to the Motion for Leave to File an Amended Complaint and Their Objection to the Court's October 24, 2003 Ruling was served via first class mail this 12th day of November, 2003, to:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277

Robert K. Walsh, Esq.
The Law Offices of Robert K. Walsh
193 State Street
P.O. Box 777
New Haven, CT 06473

*Alexandra M. McHugh*
Alexandra M. McHugh

297006 v.01