UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Nov 12  12 25 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DUNKIN' DONUTS INCORPORATED, )
  a Delaware corporation, and )
DUNKIN' DONUTS USA, INC., )
  a Michigan corporation, )
                                               )
               Plaintiffs, )
                                               )     C.A. No. 302 CV 1920 (MRK)
v. )
                                               )
4 DONUTS, INC., )
  a Connecticut corporation, )
GRANDO, INC., )
  a Connecticut corporation, )
GLENN STETZER, )
KATHLEEN STETZER, )
GEORGE GERMANO, and )
JAMES MCMANAMA, )
                                               )
               Defendants. )
                                               )     NOVEMBER 12, 2003

**PLAINTIFFS' CONSENTED TO MOTION FOR AN EXTENSION, NUNC PRO TUNC, TO FILE THEIR REPLY TO THE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND THEIR OBJECTION TO THE COURT'S OCTOBER 24, 2003 RULING**

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. (collectively "Dunkin'" or "Dunkin' Donuts") respectfully request an extension, *nunc pro tunc*, to file their Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint and their Objection to the Court's October 24, 2003 Ruling on Defendants James McManama and George Germano's Motion for Clarification (collectively referred to as the "Briefs"). Dunkin' Donuts filed its Briefs on November 12, 2003[1] instead of November 10, 2003, due to

---

[1] Although the Briefs were overnighted to the Court on November 10, 2003, they were not filed until November 12 because November 11 was a federal holiday and the Court was closed.