# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUNKIN' DONUTS INCORPORATED and | ) | CIVIL ACTION NO. |
| DUNKIN' DONUTS USA, INC., | ) | 3:02 CV 1920 (MRK) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 4 DONUTS, INC., | ) | |
| GRANDO, INC., | ) | |
| GLENN STETZER, | ) | |
| KATHLEEN STETZER, | ) | |
| GEORGE GERMANO, and | ) | |
| JAMES MCMANAMA, | ) | |
| | ) | |
| Defendants. | ) | NOVEMBER 21, 2003 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO
PLAINTIFFS' OBJECTION TO THE COURT'S OCTOBER 24, 2003 RULING ON
DEFENDANTS JAMES MCMANAMA AND GEORGE GERMANO'S MOTION FOR
CLARIFICATON**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendant

James McManama respectfully moves for an extension of time, up to and including ten (10)

days after the Court rules on the pending Motions to Withdraw Appearances dated November

7, 2003, to file a reply to Plaintiffs' Objection to the Court's October 24, 2003 Ruling on

Defendants James McManama and George Germano's Motion for Clarification dated

November 10, 2003.  This is defendant's first Motion for Extension of Time with respect to

this deadline.  An extension of time is required as defendant has terminated his engagement

with Updike, Kelly & Spellacy, P.C.  Counsel for plaintiffs objects to this request.

344453

DEFENDANT,
JAMES MCMANAMA

By:_____
    Paul N. Gilmore, Esq.
    Federal Bar Number CT03347
    Brad N. Mondschein, Esq.
    Federal Bar Number CT13800
    Amy Leete Van Dyke, Esq.
    Federal Bar Number CT23181
    Updike, Kelly & Spellacy, P.C.
    One State Street
    Hartford, CT  06123-1277
    Tel. (860) 548-2600

344453

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been sent U.S. mail, postage

prepaid, this 21st day of November 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

Richard S. Order, Esq.
Eric Palmquist, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

By:_____
        Amy Leete Van Dyke, Esq.
        Updike, Kelly & Spellacy, P.C.

344453