FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Nov 21    2 28 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| DUNKIN' DONUTS INCORPORATED and<br>DUNKIN' DONUTS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC.,<br>GRANDO, INC.,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>3:02 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 19, 2003 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION
TO PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO DEPOSE DEFENDANTS
JAMES MCMANAMA AND 4 DONUTS, INC.**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 9(b), defendant James

McManama respectfully moves for an extension of time, up to and including, twenty-one (21) days

after the Court rules on the pending Motions to Withdraw Appearances dated November 7, 2003, to

file an objection to Plaintiffs' Motion for Additional Time to Depose Defendants James McManama

and 4 Donuts, Inc. dated November 5, 2003.  This is defendant's first Motion for Extension of Time

with respect to this deadline.  An extension of time is required as defendant has terminated his

engagement with Updike, Kelly & Spellacy, P.C.  Counsel for plaintiffs objects to this request.

344450

DEFENDANT,
JAMES MCMANAMA

By: 
Paul N. Gilmore, Esq.
Federal Bar Number CT03347
Brad N. Mondschein, Esq.
Federal Bar Number CT13800
Amy Leete Van Dyke, Esq.
Federal Bar Number CT23181
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123-1277
Tel. (860) 548-2600

344450

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been sent U.S. mail, postage

prepaid, this 19th day of November 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

Richard S. Order, Esq.
Eric Palmquist, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

By: _____
        Amy Leete Van Dyke, Esq.
        Updike, Kelly & Spellacy, P.C.

344450                              3