IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------x

DUNKIN' DONUTS INC. ET AL.

V.

4 DONUTS, INC. ET AL.

3:02 CV 1920 (MRK)

DATE: DECEMBER 4, 2003

---------------------------------------------x

## ORDER

On November 10, 2003, counsel for defendant James McManama filed their Motions to Withdraw as Attorney, with copies sent to defendant McManama by certified mail. (Dkts. ##120-22). These motions indicate that defendant McManama has terminated his engagement with counsel, and has not communicated whether he intends to proceed *pro se* or engage successor counsel. These motions further notify defendant McManama should he fail to engage other counsel or file a *pro se* appearance, then, in the event the Court grants these motions to withdraw, the result will be that defendant McManama will become a non-appearing defendant, which may result in a dismissal or default being entered against the party. Defendant McManama has failed to file a timely brief in opposition to these motions.

Local Rule 7(e) (formerly Local Rule 15) provides:

> Withdrawal of appearances may be accomplished only by leave of Court on motion duly noticed, and normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed *pro se*, and that the party whose counsel seeks to withdraw has received actual notice by personal service or by certified mail of the motion to withdraw. In cases where the party has failed to engage other counsel or file a *pro se* appearance, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion to withdraw after notice to the party that failure to engage successor counsel

AO 72A

or file a *pro se* appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the party.

Defendant McManama is hereby warned that **on or before December 12, 2003**, defendant McManama must have substitute counsel file his or her appearance, <u>or</u> defendant McManama is to file a *pro se* appearance. If defendant McManama fails to engage other counsel or file a *pro se* appearance by **December 12, 2003**, the Court will grant the three pending Motions to Withdraw if it finds that "good cause exists for permitting the withdrawal by the appearing counsel," which could ultimately result in a default being entered against defendant McManama.

Dated at New Haven, Connecticut, this 4th day of December, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

2

AO 72A
(Rev. 8/82)