UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and<br>DUNKIN' DONUTS USA, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>4 DONUTS, INC.,<br>GRANDO, INC.,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA,<br><br>      Defendants. | CIVIL ACTION NO.<br>3:02 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 5, 2003 |

### CERTIFICATION OF AMY LEETE VAN DYKE, ESQ.

I, AMY LEETE VAN DYKE, ESQ., being over eighteen years of age, hereby certifies as follows:

1.    I am an associate in the law firm of Updike, Kelly & Spellacy, P.C., counsel for defendants James McManama and George Germano, and submit this certification.

2.    On November 7, 2003, counsel for Mr. McManama filed three Motions to Withdraw as attorneys and sent, via certified mail, copies to Mr. McManama.

3.    On December 4, 2003, the Court issued a ruling ordering Mr. McManama to either have substitute counsel file an appearance or file a *pro se* appearance by December 12, 2003. The Court further held that should Mr. McManama fail to engage other counsel or file a *pro se* appearance by December 12, 2003, the Court will grant the

346320

three pending Motions to Withdraw if it finds that "good cause exists for permitting the withdrawal by the appearing counsel," which could ultimately result in a default being entered against Mr. McManama.

4.   On December 5, 2003, I sent, via certified mail, a copy of the Court's Order to Mr. McManama and advised him of the ruling.

I certify under the penalty of perjury that the foregoing is true and correct. Executed on this 5th day of December, 2003.

_____
Amy Leete Van Dyke, Esq.

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been sent U.S. mail, postage prepaid, this 5th day of December 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

Richard S. Order, Esq.
Eric Palmquist, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

*Also sent via certified mail to:*

James McManama
1 Wheatfield Drive
Wallingford, CT 06492

By: _____
Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.

346320                                3