02cv1920 mot compel
" " → Certification

B9

12/10/03 -- Granted in part, denied in part to the same extent as in the Ruling on Defendants' Motion to Compel Production of Documents and Interrogatory Answers, filed 12/9/03 (Dkt #141)

FILED
Dec 10  1 25 PM '03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>4 DONUTS, INC.,  )<br>GRANDO, INC.,  )<br>GLENN STETZER,  )<br>KATHLEEN STETZER,  )<br>GEORGE GERMANO, and  )<br>JAMES MCMANAMA,  )<br>  )<br>Defendants.  ) | CIVIL ACTION NO.<br>3:02 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br><br>DECEMBER 5, 2003 |

## DEFENDANTS JAMES MCMANAMA AND GEORGE GERMANO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY ANSWERS

Defendants James McManama and George Germano (collectively, "defendants") respectfully submit this motion to compel plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. to answer Interrogatory Nos. 1 and 3 and produce documents in response to Request No. 3 of these defendants' Second Set of Interrogatories and Second Request for Production of Documents dated August 11, 2003. Defendants join and incorporate by reference all of the arguments set forth in Defendants 4 Donuts, Inc.,

346019