UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:02 CV 1920 (JBA) |
| : | |
| v. : | |
| : | |
| 4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, : | |
| : | |
| Defendants. : | [DATE] |

## APPEARANCE OF JAMES MCMANAMA

Please enter the appearance of James McManama in the above-captioned action as a pro se party defendant in lieu of the appearance filed by Paul L. Gilmore, Brad N. Mondschein and Amy Leete Van Dyke of Updike, Kelly and Spellacy.

DEFENDANT, JAMES MCMANAMA

By: _James McManama_   203-265-0061
James McManama
One Wheatfield Drive
Wallingford, CT
Tel:
Fax:
Email:

FILED
DEC 10   11 33 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent U.S. mail, postage this _10_ day of _Dec_ 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

Paul L. Gilmore, Esq.
Brad N. Mondschein, Esq.
Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Richard S. Order, Esq.
Eric L. Palmquist, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, Connecticut 06103-3702

_____
James McManama