IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 15  3 16 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------x
DUNKIN' DONUTS INC. ET AL.                :
                                          :
                                          :   3:02 CV 1920 (MRK)
V.                                        :
                                          :
4 DONUTS, INC. ET AL.                     :   DATE: DECEMBER 15, 2003
                                          :
-----------------------------------------------------------x

## RULING ON MOTIONS TO WITHDRAW APPEARANCE

On November 10, 2003, counsel for defendant James McManama filed their Motions to Withdraw as Attorney, with copies sent to defendant McManama by certified mail. (Dkts. ##120-22). Familiarity is presumed with this Magistrate Judge's two-page Order, filed December 4, 2003. (Dkt.#137). Pursuant to this Order, on December 10, 2003, defendant McManama filed his pro se appearance. (Dkt. #143).

Accordingly, the Motions to Withdraw as Attorney (Dkts. ##120-22) are hereby granted.

Dated at New Haven, Connecticut, this 15th day of December, 2003.

                                    Joan Glazer Margolis
                                    U.S. Magistrate Judge

AO 72A
(Rev. 8/82)