UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 302 CV 1920 (MRK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DECEMBER 15, 2003 |

### UNOPPOSED JOINT MOTION OF PLAINTIFFS DUNKIN' DONUTS INCORPORATED AND DUNKIN' DONUTS USA, INC., AND DEFENDANTS 4 DONUTS, INC., GRANDO, INC. AND GLENN STETZER FOR A BRIEF STAY OF THE PRE-TRIAL SCHEDULE

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. and Defendants 4 Donuts, Inc., Grando, Inc. and Glenn Stetzer (collectively, the "Parties") respectfully request a brief stay of the pre-trial schedule through January 16, 2004 to permit the parties to engage in settlement discussions. The Parties have conferred with counsel for Defendants George Germano and Kathleen Stetzer, and they do not oppose this Motion. In addition, former counsel for Defendants James McManama—who now represents himself in this matter—informed the

Parties that Mr. McManama does not oppose this Motion.

Respectfully submitted,

/s/_____
Robert L. Zisk ct 13503
Jeffrey L. Karlin ct 14965
Christopher M. Loveland ct 24169
SCHMELTZER, APTAKER
 & SHEPARD, P.C.
2600 Virginia Avenue, N.W.
Suite 1000
Washington, D.C. 20037
(202) 333-8800

Paul D. Sanson ct 05477
Alexandra M. McHugh ct 22428
SHIPMAN & GOODWIN LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5612

Attorneys for Plaintiffs
Dunkin' Donuts Incorporated,
Dunkin' Donuts USA, Inc.

/s/_____
Richard S. Order ct 02761
Eric L. Palmquist ct 24166
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103-3702

Attorneys for Defendants 4 Donuts, Inc.,
Grando, Inc. and Glenn Stetzer

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing Unopposed Joint Motion For a Stay of the Pre-Trial Schedule was served by first class mail on December 15, 2003 upon the following at the addresses listed below:

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert K. Walsh, Esq.
The Law Offices of Robert K. Walsh
193 State Street
P.O. Box 777
New Haven, CT 06473

James McManama, *Pro Se*
One Wheatfield Drive
Wallingford, CT 06492

/s/_____
Richard S. Order, Esq.