IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x
DUNKIN' DONUTS INC. ET AL.        :
                                  :    3:02 CV 1920 (MRK)
v.                                :
                                  :
4 DONUTS, INC. ET AL.             :
                                  :    DATE: DECEMBER 18, 2003
------------------------------------------------------x

## RULING FOLLOWING *IN CAMERA* REVIEW

Familiarity is presumed with this Magistrate Judge's Ruling on Defendants' Motion to Compel Production of Documents and Interrogatory Answers, filed December 9, 2003 (Dkt. #141)["December 9th Ruling"], as well as the nine prior discovery rulings issued in this case. (Dkts. ##54, 58, 79, 100, 101, 103, 111, 112, 136). With respect to Interrogatory No. 3, the December 9th Ruling ordered plaintiffs to "forward to the Magistrate Judge's Chambers for her *in camera* review copies of plaintiffs' written investigations of the 'several franchisees' described in the Reno Affidavit, which will be reviewed primarily for the purpose of shedding light upon how plaintiffs have interpreted Sections 8.A.3 or 8.O.3 of the Franchise Agreements with respect to the provision of catering services." (At 3-5). In accordance with this ruling, copies of such investigations were delivered on December 16, 2003 and have been filed under seal. (Dkt. #150).

After a careful review of the copies of these investigations, there is nothing in these reports which sheds any light on how plaintiffs have interpreted Sections 8.A.3. or 8.O.3 of the Franchise Agreements with respect to the provision of catering services, and thus plaintiffs need not disclose these investigations to defendants.

See 28 U.S.C. § 636(b)(**written objections to ruling must be filed within ten days after service of same**); FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United

AO 72A
(Rev. 8/82)

States Magistrate Judges, United States District Court for the District of Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit)**.

Dated at New Haven, Connecticut, this 18th day of December, 2003.

                                            Joan Glazer Margolis
                                            United States Magistrate Judge

AO 72A
(Rev. 8/82)