148

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

DUNKIN' DONUTS INCORPORATED, )
  a Delaware corporation, and )
DUNKIN' DONUTS USA, INC., )
  a Michigan corporation, )
 )
       Plaintiffs, )
 )
v. )    C.A. No. 302 CV 1920 (MRK)
 )
4 DONUTS, INC., )
  a Connecticut corporation, )
GRANDO, INC., )
  a Connecticut corporation, )
GLENN STETZER, )
KATHLEEN STETZER, )
GEORGE GERMANO, and )
JAMES MCMANAMA, )
 )
       Defendants. )
                             )    DECEMBER 15, 2003

## UNOPPOSED JOINT MOTION OF PLAINTIFFS DUNKIN' DONUTS INCORPORATED AND DUNKIN' DONUTS USA, INC., AND DEFENDANTS 4 DONUTS, INC., GRANDO, INC. AND GLENN STETZER FOR A BRIEF STAY OF THE PRE-TRIAL SCHEDULE

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. and Defendants 4 Donuts, Inc., Grando, Inc. and Glenn Stetzer (collectively, the "Parties") respectfully request a brief stay of the pre-trial schedule through January 16, 2004 to permit the parties to engage in settlement discussions. The Parties have conferred with counsel for Defendants George Germano and Kathleen Stetzer, and they do not oppose this Motion. In addition, former counsel for Defendants James McManama—who now represents himself in this matter—informed the

12/19/03 — Granted until 1/16/04