UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and<br>DUNKIN' DONUTS USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC., GRANDO, INC., GLENN<br>STETZER, KATHLEEN STETZER, GEORGE<br>GERMANO, and JAMES MCMANAMA,<br><br>Defendants. | CIVIL ACTION NO.<br>3:02 CV 1920 (JBA)<br><br><br><br><br><br><br><br><br>JULY 23, 2003 |

### DEFENDANT JAMES MCMANAMA'S AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant James McManama hereby amends his February 11, 2003 Answer to Interrogatory No. 3 to plaintiff Dunkin Donuts Incorporated's ("plaintiff") First Set of Interrogatories dated December 20, 2002 as follows:

3. Identify all partnerships, sole proprietorships, corporations, joint ventures, and any other entity in which you, your spouse, or any child or dependent of yours, have been a principal or have had "an interest," at any time, directly or indirectly, since 1991, including the date on which the interest began and, if appropriate, ended.

**Answer:** Mr. McManama objects to this interrogatory to the extent it is vague, overly broad, unduly burdensome (particularly because it asks for twelve years of information), and confusing as to the term "any other entity." Mr. McManama further objects to this interrogatory on the grounds that it seeks information not reasonably calculated to lead to the discovery of admissible evidence.

Subject to the foregoing objections, an interest was transferred to Mr. McManama in 4 Donuts, Inc. in 1992, but said interest was transferred back to Glenn Stetzer approximately six to eight months later. Furthermore, subject to the foregoing objections, an interest was transferred to Mr. McManama in 4 Donuts, Inc. on August 31, 1994, but said interest was transferred back to Glenn Stetzer on September 1, 1994. As of September 1, 1994, Mr. McManama no longer had any interest in 4 Donuts, Inc. and at no point in time did Mr. McManama ever hold an interest in 4 Donuts, Inc. for longer than six to eight months. In addition, Mr. McManama has had an interest in Cody Mac Motor Sports, LLC from 2000 through present and 3 Kings, LLC from 1999 through present.

332099                                                      2

DEFENDANT,
JAMES MCMANAMA

By: _____
Paul N. Gilmore, Esq.
Federal Bar Number Ct03347
Brad N. Mondschein, Esq.
Federal Bar Number Ct13800
Amy Leete Van Dyke, Esq.
Federal Bar Number Ct23181
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600

One State Street • P.O. Box 231277 • Hartford, Connecticut 06123-1277 • Tel. (860) 548-2600 • Fax (860) 548-2680 • Juris No. 65040

Updike, Kelly & Spellacy, P.C.

332099                                3

## VERIFICATION

I hereby certify that I have reviewed the above interrogatories and answers thereto and that they are true and accurate to the best of my knowledge and belief.

_____
JAMES MCMANAMA

Subscribed and sworn to before me this 21st day of July_____, 2003.

_Kathleen Jarvie_
~~Commissioner of the Superior Court~~
Notary Public
My Commission Expires: 3/31/07

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing, Defendant James McManama's Amended Responses to Plaintiff's First Set of Interrogatories, has been sent U.S. mail, postage prepaid, this 23rd day of July 2003, to the following counsel of record:

Robert L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Christopher M. Loveland, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, D.C. 20037-1922

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square, 11th Floor
Hartford, CT 06103

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street, P.O. Box 777
North Haven, CT 06473-0777

By: _____
Amy Leete Van Dyke, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA<br><br>                Defendants. | C.A. No. 302 CV 1920 (MRK) |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiffs' Objection to the Court's December 3, 2003 Ruling on Plaintiffs' Motion for Leave to File Their First Amended Complaint, Defendant's Opposition thereto, the record herein, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Objection is GRANTED; and it is further

ORDERED that Plaintiffs may file an Amended Complaint within ten (10) days of the date of this Order to include a Count alleging that Defendants breached their Franchise Agreements by establishing and supplying a competing doughnut and coffee business.

                                                                _____
                                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Objection to the Court's December 3, 2003 Ruling on Plaintiffs' Motion for Leave to file their First Amended Complaint, supporting memorandum of law and proposed Order were served by first class mail on December 18, 2003 upon counsel for Defendants at the addresses listed below:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert K. Walsh, Esq.
The Law Offices of Robert K. Walsh
193 State Street
P.O. Box 777
New Haven, CT 06473

James McManama, *pro se*
One Wheatfield Drive
Wallingford, CT 06492

Christopher M. Loveland