UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA,<br><br>          Defendants. | CIVIL ACTION NO.<br>3:02 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 6, 2004 |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE
OPPOSITIONS TO DEFENDANTS' OBJECTIONS TO THE COURT'S RULINGS
ON DEFENDANTS' MOTION TO COMPEL AND ON PLAINTIFFS' MOTION
FOR LEAVE TO FILE THEIR FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7(b), Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. hereby respectfully move for an extension of time to file Oppositions to Defendants' Objections to the Court's Rulings on Defendants' Motion to Compel and on Plaintiffs' Motion for Leave to File Their First Amended Complaint. The parties have agreed that they will file a motion this week to stay all deadlines for ninety (90) days while they work on finalizing a settlement of this action. If the parties are unable to finalize their settlement before the expiration of the stay and the stay is lifted, Plaintiffs

requests a ten (10) day extension from the date the stay is lifted to file their Oppositions.[1]  This is Plaintiffs' first Motion for Extension of Time regarding these deadlines.  Messages have been left for counsel for Defendants in an attempt to confer with them on this motion.  As of this date, no response has been received.

                        Respectfully submitted,

                        *Alexandra M McHugh*
                        Paul D. Sanson ct 05477
                        Alexandra M. McHugh ct 22428
                        SHIPMAN & GOODWIN LLP
                        One American Row
                        Hartford, CT 06103-2819
                        (860) 251-5612

                        Robert L. Zisk ct 13503
                        Jeffrey L. Karlin ct 14965
                        Christopher M. Loveland ct 24169
                        SCHMELTZER, APTAKER & SHEPARD, P.C.
                        2600 Virginia Avenue, N.W.
                        Suite 1000
                        Washington, D.C. 20037
                        (202) 333-8800

                        Attorneys for Plaintiffs
                        Dunkin' Donuts Incorporated,
                        Dunkin' Donuts USA, Inc.

---

[1] If the Motion to Stay is denied, Dunkin' Donuts respectfully requests a ten (10) day extension from the date of the Order denying the Motion to Stay to respond to Defendants' Objections.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Motion for an Extension of Time to File Oppositions to Defendants' Objections to the Court's Rulings on Defendants' Motion to Compel and on Plaintiffs' Motion for Leave to File Their First Amended Complaint was served by first class mail on January 6, 2004 upon counsel for Defendants at the addresses listed below:

Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert K. Walsh, Esq.
The Law Offices of Robert K. Walsh
193 State Street
P.O. Box 777
New Haven, CT 06473

James McManama, *pro se*
One Wheatfield Drive
Wallingford, CT 06492

_Alexandra M McHugh_
Alexandra M. McHugh