# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUNKIN' DONUTS INCORPORATED, <br> a Delaware corporation, and <br> DUNKIN' DONUTS USA, INC., <br> a Michigan corporation, | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION NO. <br> 3:02 CV 1920 (MRK) |
| v. | ) <br> ) | |
| 4 DONUTS, INC., <br> a Connecticut corporation, <br> GRANDO, INC., <br> a Connecticut corporation, <br> GLENN STETZER, <br> KATHLEEN STETZER, <br> GEORGE GERMANO, and <br> JAMES MCMANAMA, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | JANUARY 6, 2004 |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' OBJECTIONS TO THE COURT'S RULINGS ON DEFENDANTS' MOTION TO COMPEL AND ON PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7(b), Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. hereby respectfully move for an extension of time to file Oppositions to Defendants' Objections to the Court's Rulings on Defendants' Motion to Compel and on Plaintiffs' Motion for Leave to File Their First Amended Complaint. The parties have agreed that they will file a motion this week to stay all deadlines for ninety (90) days while they work on finalizing a settlement of this action. If the parties are unable to finalize their settlement before the expiration of the stay and the stay is lifted, Plaintiffs