UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED,<br>  a Delaware corporation, and<br>DUNKIN' DONUTS USA, INC.,<br>  a Michigan corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>4 DONUTS, INC.,<br>  a Connecticut corporation,<br>GRANDO, INC.,<br>  a Connecticut corporation,<br>GLENN STETZER,<br>KATHLEEN STETZER,<br>GEORGE GERMANO, and<br>JAMES MCMANAMA<br><br>                Defendants. | C.A. No. 302 CV 1920 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 5, 2003 |

1/14/04 -- Motion denied without prejudice to renew if the case does not settle. As requested in Joint Memorandum, filed 1/9/04 (Dkt. #159), the stay of discovery is continued until 4/2/04. To the extent an impasse in settlement discussions is reached, if the parties believe a settlement conference before this Magistrate Judge would be productive, counsel should contact Chambers accordingly.

**PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO DEPOSE
DEFENDANTS JAMES MCMANAMA AND 4 DONUTS, INC.**

Plaintiffs Dunkin' Donuts Incorporated and Dunkin' Donuts USA, Inc. respectfully request that the Court grant Plaintiffs additional time to complete the depositions of Defendants James McManama and 4 Donuts, Inc. Defendant James McManama has refused to testify for more than seven hours, despite the fact that he was noticed for a deposition individually and was also designated by Defendant 4 Donuts, Inc. to testify on a number of topics. In support of this