IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
DUNKIN' DONUTS INC. ET AL.           :      3:02 CV 1920 (MRK)
:
v.                                                      :
:
:
4 DONUTS, INC. ET AL.                  :      DATE: APRIL 2, 2004
---------------------------------------------------------x

ORDER

      By oral agreement of the parties, the stay of discovery (see Dkts. ##154 & 160) is continued until **June 4, 2004**.

Dated at New Haven, Connecticut, this 2nd day of April, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge