UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Dunkin Donuts Inc et al

V.                                Case Number: 02cv1920(MRK)

4 Donuts Inc et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/11/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 11, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, November 12, 2004.

KEVIN F. ROWE, CLERK

By: __/s/_____
    P.A. Moore
    Deputy Clerk