UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., | CIVIL ACTION NO. 3:02 CV 1920 (MRK) |
| Plaintiffs, | |
| v. | |
| 4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, | |
| Defendants. | NOVEMBER 18, 2004 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a) and (c) of the Federal Rules of Civil Procedure and in light of the settlement of this case, plaintiffs and defendants hereby stipulate to the voluntary dismissal of all claims, counterclaims, and cross-claims with prejudice, each party to bear his, her, or its own costs and attorney's fees.

PLAINTIFFS, DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC.

By___/s/_____
   Paul D. Sanson, Esq. (ct 05477)
   Email: psanson@goodwin.com
   Alexandra M. McHugh, Esq. (ct 22428)
   Email: amchugh@goodwin.com
   Shipman & Goodwin LLP
   One American Row
   Hartford, CT 06103-2819
   Telephone: (860) 251-5612
   Facsimile: (860) 251-5799

**-and-**

DEFENDANTS, 4 DONUTS, INC., GRANDO, INC., and GLENN STETZER

By:___/s/_____
   Richard S. Order, Esq. (ct 02761)
   Email: rso@avhlaw.com
   AXINN, VELTROP & HARKRIDER LLP
   90 State House Square
   Hartford, CT 06103-3702
   Telephone: (860) 275-8100
   Facsimile: (860) 275-8101

CTDOCS:12965.1

Robert L. Zisk, Esq. (ct 13503
Jeffrey L. Karlin, Esq. (ct 14965)
Email: jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Ste. 1000
Washington, D.C. 20037
Telephone: (202) 333-8800
Facsimile: (202) 625-3311

DEFENDANT, GEORGE GERMANO             DEFENDANT, KATHLEEN STETZER,


By   /s/                                By   /s/
   Paul N. Gilmore, Esq. (ct 03347)         Robert K. Walsh, Esq. (ct 10486)
   Email: pgilmore@uks.com                  Email: robert.walsh@worldnet.att.net
   Brad N. Mondschein, Esq. (ct 13800)      Law Offices of Robert K. Walsh LLC
   Email: bmondschein@uks.com               193 State Street
   Amy Leete Van Dyke, Esq. (ct 23181)      P.O. Box 777
   Email: avandyke@uks.com                  North Haven, CT 06473-0777
   Updike, Kelly & Spellacy, P.C.           Telephone: 203-281-3420
   One State Street                         Facsimile: 203-288-0934
   Hartford, CT 06123-1277
   Telephone: (860) 548-2600
   Facsimile: (860) 548-2680

PRO SE DEFENDANT,
JAMES MCMANAMA



By   /s/
   James McManama
   One Wheatfield Drive
   Wallingford, CT 06492

## CERTIFICATE OF SERVICE

I hereby certify that on the 18 day of November, 2004, a copy of the foregoing was served by mail on the following counsel of record and pro se parties:

Richard L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, DC  20037-1922

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street
P.O. Box 777
North Haven, CT  06473-0777

James McManama
One Wheatfield Drive
Wallingford, CT  06492

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

Paul N. Gilmore, Esq.
Brad N. Mondschein, Esq.
Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123-1277

By:___/s/_____
Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP