UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC., : | |
| : | CIVIL ACTION NO. |
| : | 3:02 CV 1920 (MRK) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| 4 DONUTS, INC., GRANDO, INC., GLENN STETZER, KATHLEEN STETZER, GEORGE GERMANO, and JAMES MCMANAMA, : | |
| : | |
| Defendants. : | NOVEMBER 18, 2004 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a) and (c) of the Federal Rules of Civil Procedure and in light of the settlement of this case, plaintiffs and defendants hereby stipulate to the voluntary dismissal of all claims, counterclaims, and cross-claims with prejudice, each party to bear his, her, or its own costs and attorney's fees.

| | |
|---|---|
| PLAINTIFFS, DUNKIN' DONUTS INCORPORATED and DUNKIN' DONUTS USA, INC. | DEFENDANTS, 4 DONUTS, INC., GRANDO, INC., and GLENN STETZER |
| By   /s/ _____<br>    Paul D. Sanson, Esq. (ct 05477)<br>    Email: psanson@goodwin.com<br>    Alexandra M. McHugh, Esq. (ct 22428)<br>    Email: amchugh@goodwin.com<br>    Shipman & Goodwin LLP<br>    One American Row<br>    Hartford, CT  06103-2819<br>    Telephone: (860) 251-5612<br>    Facsimile:  (860) 251-5799 | By:   /s/ _____<br>    Richard S. Order, Esq. (ct 02761)<br>    Email: rso@avhlaw.com<br>    AXINN, VELTROP & HARKRIDER LLP<br>    90 State House Square<br>    Hartford, CT  06103-3702<br>    Telephone: (860) 275-8100<br>    Facsimile:  (860) 275-8101 |

**-and-**

Robert L. Zisk, Esq. (ct 13503)
Jeffrey L. Karlin, Esq. (ct 14965)
Email: jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Ste. 1000
Washington, D.C.  20037
Telephone:  (202) 333-8800
Facsimile:   (202) 625-3311

DEFENDANT, GEORGE GERMANO        DEFENDANT, KATHLEEN STETZER,


By___/s/_____        By___/s/_____
    Paul N. Gilmore, Esq. (ct 03347)               Robert K. Walsh, Esq. (ct 10486)
    Email:  pgilmore@uks.com                       Email:  robert.walsh@worldnet.att.net
    Brad N. Mondschein, Esq. (ct 13800)            Law Offices of Robert K. Walsh LLC
    Email:  bmondschein@uks.com                    193 State Street
    Amy Leete Van Dyke, Esq. (ct 23181)            P.O. Box 777
    Email:  avandyke@uks.com                       North Haven, CT  06473-0777
    Updike, Kelly & Spellacy, P.C.                 Telephone:  203-281-3420
    One State Street                               Facsimile:   203-288-0934
    Hartford, CT  06123-1277
    Telephone:  (860) 548-2600
    Facsimile:   (860) 548-2680

PRO SE DEFENDANT,
JAMES MCMANAMA



By___/s/_____
    James McManama
    One Wheatfield Drive
    Wallingford, CT  06492

## CERTIFICATE OF SERVICE

I hereby certify that on the 18 day of November, 2004, a copy of the foregoing was served by mail on the following counsel of record and pro se parties:

Richard L. Zisk, Esq.
Jeffrey L. Karlin, Esq.
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, Northwest
Suite 1000
Washington, DC  20037-1922

Robert K. Walsh, Esq.
Law Offices of Robert K. Walsh LLC
193 State Street
P.O. Box 777
North Haven, CT  06473-0777

James McManama
One Wheatfield Drive
Wallingford, CT  06492

Paul D. Sanson, Esq.
Alexandra M. McHugh, Esq.
Derek L. Mogck, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

Paul N. Gilmore, Esq.
Brad N. Mondschein, Esq.
Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123-1277


By:___/s/_____
Richard S. Order, Esq.
Axinn, Veltrop & Harkrider LLP